IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JIMMY W. LEACH, JR.,
No. B-85974,

Petitioner,

v.  Case No. 17-cv-421-DRH

DONALD R. JONES,
and CHET SHAFFER,

Respondents.

## JUDGMENT

This action came before the Court, District Judge David R. Herndon, for preliminary consideration of Petitioner's application for writ of habeas corpus. The Court has rendered the following decision:

**JUDGMENT IS HEREBY ENTERED** in this action for habeas corpus pursuant to 28 U.S.C. § 2254. The action is **DISMISSED** without prejudice.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/Alexandra Francis
Deputy Clerk

Judge Herndon
2017.06.18
12:09:29 -05'00'

**APPROVED:**
United States District Judge